No. 234, Misc. REYNOLDS *v.* LANGLOIS, WARDEN. Sup. Ct. R. I. Certiorari denied.

No. 269, Misc. BROWN *v.* BROUGH, WARDEN. Ct. App. Md. Certiorari denied.

No. 299, Misc. WILLIAMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Bruce E. Clubb* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 315, Misc. MEYES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 323, Misc. GREEN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *David J. Mountan, Jr.,* for petitioner. *Aaron E. Koota* and *Frank Di Lalla* for respondent.

No. 324, Misc. WOODSON *v.* IOWA. C. A. 8th Cir. Certiorari denied.

No. 353, Misc. RHODES *v.* TINSLEY, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

No. 359, Misc. IRVING *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 363, Misc. TILLMAN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.